## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN HART,** | **CIVIL ACTION** |
|       **Petitioner** | |
| | |
|       **v.** | |
| | |
| **STEPHEN ANGELUCCI AND THE** | **NO.  21-5085** |
| **DISTRICT ATTORNEY OF** | |
| **PHILADELPHIA ,** | |
|       **Respondents** | |

## O R D E R

**AND NOW**, this 22nd day of September 2022, upon consideration of the Petition for Writ of Habeas Corpus, the Commonwealth's Response, Petitioner's Reply, the other documents filed by the parties, after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, and having reviewed Petitioner's Objections to said Report and Recommendation (ECF#19) is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. The Petition for a Writ of Habeas Corpus is **DISMISSED**, without an evidentiary hearing; and

3. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurist would disagree with this court's procedural disposition of his claims. Consequently, a certificate of appealability is **DENIED**

          **BY THE COURT:**


          **/s/Wendy Beetlestone, J.**

          _____

          **WENDY BEETLESTONE, J.**

2